THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 Richard Allen
 McDonald, Appellant.
 
 

Appeal From Pickens County
John C. Few, Circuit Court Judge

Unpublished Opinion No.   2008-UP-475
 Submitted August 1, 2008  Filed August
11, 2008 

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Robert M. Ariail,
 of Greenville, for Respondent.
 
 
 

PER CURIAM:  McDonald appeals his guilty plea to lewd act on a
 minor and assault and battery of a high and aggravated nature.  McDonald argues
 his guilty plea was involuntary because it did not comply with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss McDonalds
 appeal and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.